UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN MICHIGAN

COLMAR USA, INC.,

    Plaintiff/Counter-Defendant,

                                                       Case No. 08-cv-14793

v

                                                       Hon. Patrick J. Duggan

ROBERT SOMMA,

    Defendant/Counter-Plaintiff.

_____

| BRAUN KENDRICK FINKBEINER P.L.C | THE MUNGO LAW FIRM, P.L.C. |
|---|---|
| Timothy S. Arnold (P54442) | Leonard Mungo (P43562) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 4301 Fashion Square Boulevard | 333 West Fort, Suite 1500 |
| Saginaw, MI  48603 | Detroit, MI  48226 |
| (989) 498-2100 | (313) 963-0407 |
| timarn@bkf-law.com | mungoll6@msn.com |

_____

**STIPULATED PROTECTIVE ORDER GOVERNING
PRESERVATION AND INSPECTION OF SUBJECT SHEAR-BALER**

       The parties, through their respective counsel, having conferred regarding preservation of the subject machine, hereby stipulate and agree to entry of the following protective order.

       WHEREFORE, in recognition of the parties foregoing stipulated agreement,

       IT IS ORDERED THAT:

       A.    Robert Somma shall preserve the subject Shear-Baler in its current condition without further modification, alteration or repair; and

       B.    Robert Somma shall allow Colmar USA, Inc. to inspect and test the subject Shear-Baler as necessary for purposes of this lawsuit.

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: February 25, 2009  February 25, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 25, 2009February 25, 2009, by electronic and/or ordinary mail.

        S/Marilyn Orem
        Case Manager




Approved for entry:
  s/with consent of Leonard Mungo
The Mungo Law Firm
333 West Fort, Suite 1500
Detroit, MI, MI  48226
(313) 963-0407
mungoll6@msn.com
P43562



  s/Timothy S. Arnold_____
Braun Kendrick Finkbeiner P.L.C.
4301 Fashion Square Boulevard
Saginaw, MI  48603
 (989) 498-2100
timarn@bkf-law.com
P54442